70,636-02

PAUL ARCHER
TDCJ# 1410924
McCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE, TX 78102
Sept. 25, 2016

TEXAS COURT OF CRIMINAL APPEALS
ABEL ACOSTA, CLERK
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TX 78711-2308

Dear Mr. Acosta;

Please send me a copy of your rules of court.

Thank you,

Paul Archer

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk